UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:22-cv-22962-AHS

**GRACE ANGELO,**
on behalf of the NCLC 401(k) Plan,
herself, and all others similarly situated,

      Plaintiff,

v.

**NCL CORPORATION LTD, and**
**NCL (BAHAMAS) LTD., A BERMUDA**
**COMPANY,**

      Defendants.
_____/

## JOINT MEDIATION REPORT AND NOTICE OF SETTLEMENT

In accordance with S.D. Fla. L.R. 16.4, Named Plaintiff, Grace Angelo ("Named Plaintiff"), and Defendants, NCL Corporation and NCL (Bahamas) LTD., A Bermuda Company (collectively, the "Parties"), respectfully submit the following mediation report

On April 3, 2023, the Parties participated in mediation. At mediation the Parties reached an agreement to resolve this matter on a class-wide basis. Because this is a class action, the Parties are currently drafting the required paperwork to submit to the Court to seek approval of their class action settlement under Rule 23. The Parties respectfully ask for 30 days to complete and file that paperwork, making the deadline May 10, 2023.

DATED this 11th day of April, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/ Brandon J. Hill* | /s/ W. Bard Brockman |
| **BRANDON J. HILL** | **W. Bard Brockman, Esq.** |
| Florida Bar Number: 0037061 | Florida Bar # 0868817 |
| Direct Dial: 813-337-7992 | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| **LUIS A. CABASSA** | 200 S. Biscayne Boulevard, Suite 400 |
| Florida Bar Number: 053643 | Miami, Florida 33131 |
| Direct No.: 813-379-2565 | Telephone: (786) 322-7500 |
| **AMANDA E. HEYSTEK** | Email: bard.brockman@bclplaw.com |
| Florida Bar Number: 0285020 | **Michael P. Carey**, Esq. |
| Direct Dial: 813-379-2560 | Georgia Bar # 109364 (pro hac vice pending) |
| **WENZEL FENTON CABASSA, P.A.** | **Ann Wrege Ferebee**, Esq. |
| 1110 N. Florida Avenue, Suite 300 | Georgia Bar # 431941 (pro hac vice pending) |
| Tampa, Florida 33602 | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| Main Number: 813-224-0431 | 1201 W. Peachtree Street, NW |
| Facsimile: 813-229-8712 | Atlanta, Georgia 30309 |
| Email: bhill@wfclaw.com | Telephone: (404) 572-6600 |
| Email: lcabassa@wfclaw.com | Facsimile: (404) 572-6999 |
| Email: aheystek@wfclaw.com | Email: michael.carey@bclplaw.com |
| Email: gdesane@wfclaw.com | Email: ann.ferebee@bclplaw.com |
| | |
| MICHAEL C. MCKAY | Attorneys for Defendants |
| Pro Hac Vice | |
| MCKAY LAW, LLC | |
| 5635 N. Scottsdale Road, Suite 170 | |
| Scottsdale, Arizona 85258 | |
| Telephone: (480) 681-7000 | |
| Facsimile: (480) 348-3999 | |
| Email: mmckay@mckaylaw.us | |

Attorneys for Plaintiff and the Proposed Class

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 11th day of April, 2023, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice to all counsel of record.

                                         */s/ Brandon J. Hill*
                                         **BRANDON J. HILL**